DUSTIN M. GRAMMER
REG. NO. 17892-026
FCI GILMER
FEDERAL CORR. INSTITUTION
P.O. BOX 6000
GLENVILLE, WV 26351

April 17, 2019

Ms. Cheryl Dean Riley
Clerk of Court
U.S. District Court
Northern District of West Virginia
Clarksburg Division
500 West Pike Street, Room 301
P.O. Box 2857
Clarksburg, WV 26302

      RE:  *Grammar v. Warden, FCI Gilmer*
             Civil No. 5:19-cv-00130-JPB-JPM

Dear Ms. Riley:

    Enclosed please find and accept for filing Petitioner's Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and Memorandum of Law in Support. Also, enclosed is a motion for excess pages for the Memorandum of Law. Please submit these documents to the Court.

                                 Sincerely,

                                 DUSTIN M. GRAMMER
                                 Appearing *Pro Se*

*Encl. as noted*